January 15, 1965

Agostini Unemployment Compensation Case.

Argued December 16, 1964. *Marco Mario Agostini,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.